# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CIVIL MINUTE ORDER

| Date: August 25, 2022 | Time: 3:06 p.m. 3:10 p.m. (4 minutes- public); 3:15 p.m.- 3:49 p.m. (34 minutes- sealed) | Judge: DONNA M. RYU |
|---|---|---|
| Case No.: 22-mc-80140-DMR | Case Name: In re National Football League's "Sunday v. | |

**For Plaintiff:** Farhad Mirzadeh and Kevin Trainer
**For Defendant:** Bethany Marvin Stevens and Hannah Cannom

**Deputy Clerk:** Brittany Sims          **Recorded via Zoom:** 3:06 p.m. 3:10 p.m. (4 minutes- public); 3:15 p.m.- 3:49 p.m. (34 minutes- sealed)

## PROCEEDINGS

Hearing on third party Apple Inc.'s Motion to Quash and administrative motion to seal the hearing on the motion, Docket Nos. 1, 7:

The court granted Apple Inc.'s administrative motion to seal the hearing and conducted the hearing on the Motion to Quash under seal via Zoom. The court granted in part Apple Inc.'s motion to quash the subpoena for the reasons stated on the record. The Court approves the release of the sealed transcript to the parties. After receiving the transcript of the 8/25/2022 hearing, the parties must meet and confer regarding proposed redactions to the transcript. Within 14 days of their receipt of the transcript, the parties must file an administrative motion to seal the transcript in accordance with their proposed redactions.

cc:     Chambers